AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

**FILED**

APR 2 8 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| Ervin Chile-Chile | Case Number:   3:26-cr-01582-DDL |
| | Ryan Anthony Dela Rosa |
| | Defendant's Attorney |

**Registration Number: 51473506**

☐ -

THE DEFENDANT:

☒  pleaded guilty to count(s)   1 OF THE INFORMATION

☐  was found guilty on count(s) _____

after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8 USC 1325 | Attempted Improper Entry by an Alien (Misdemeanor) | 1 |

The defendant is sentenced as provided on page _____2_____ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☒  Count(s)   UNDERLYING COUNTS   is dismissed on the motion of the United States.

☒  Assessment: REMITTED

☒  Fine waived      ☐  Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

April 28, 2026
Date of Imposition of Sentence

_David Leshner_

HONORABLE DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| DEFENDANT: Ervin Chile-Chile | Judgment – Page 2 of 2 |
| CASE NUMBER: 3:26-cr-01582-DDL | |

## PROBATION

Upon release from imprisonment, the defendant will be on probation for a term of:
1 YEAR SUPERVISED

## MANDATORY CONDITIONS

1. The defendant must not commit any federal, state or local crime.

2. The defendant must not unlawfully use or possess a controlled substance.

## SPECIAL CONDITION OF RELEASE

1. If deported, excluded or allowed to voluntarily return to country of origin, not reenter or attempt to reenter the United States illegally and must report to U.S. Probation within 24 hours of any reentry to the United States. Supervision is waived upon deportation, exclusion, or voluntary departure.

3:26-cr-01582-DDL